IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD TURNER, AKA REGINALD GERONE TURNER, #23031572,    PLAINTIFF, | § § § § § | |
| V. | § | CIVIL CASE NO. 3:24-CV-0899-D |
| SUPER ONE GROCERY,    DEFENDANT. | § § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate.

**SO ORDERED**.

May 28, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE