IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Act. No. 3:24-CV-0899-D |
| | § | |
| SUPER ONE GROCERY, | § | |
| | § | |
| Defendant. | § | |

MEMORANDUM OPINION
AND ORDER

In a motion filed over two years after this action was closed by a judgment based on the three-strikes provision of 28 U.S.C. § 1915(g), plaintiff Reginald Turner ("Turner") moves the court reconsider the dismissal of this action and allow him to file an amendment. The court denies the motion for the reasons explained below.

Turner filed this civil action while incarcerated at the Dallas County Jail. On May 28, 2024 the court dismissed this suit under the three-strikes provision of 28 U.S.C. § 1915(g). The dismissal was with prejudice to the refiling of an *in forma pauperis* action raising the same claims as in this case, but without prejudice to refiling the case with full payment of the $405 filing and administrative fees. Over two years after this lawsuit was dismissed, Turner now moves for reconsideration of the dismissal. He asserts that he is not the same individual who received strikes under § 1915(g) in prior cases, and that he paid the full filing fee in one of the prior cases for which he received a strike.

The court finds no merit in, or support for, Turner's suggestion that he is not the same person who filed several previous actions that received strikes under § 1915(g) and therefore is not barred. The court further finds that Turner's allegations fail to meet his burden to show that he was in imminent danger of serious physical harm at the time he filed suit, as is required to overcome the three-strikes bar under § 1915(g). *See, e.g.*, *Banos v. O'Guin*, 144 F.3d 883, 884 (5th Cir. 1998).

Accordingly, the court denies Turner's motion to reconsider the dismissal of this action and for leave to file an amendment in this closed case.

**SO ORDERED**.

August 10, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE